IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
OCT 18 2017
Clerk, U.S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 17-29-M-DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| JASON MAXWELL MEHL, | |
| Defendant. | |

The United States has requested that the Court unseal the indictment and the arrest warrant for defendant Jason Maxwell Mehl in order for the information to be used in a wanted poster and press release. The United States makes this request in an attempt to apprehend the defendant who is currently a fugitive from justice.

Therefore, for good cause shown, IT IS HEREBY ORDERED that the indictment and the arrest warrant for defendant Jason Maxwell Mehl issued on September 21, 2017 are UNSEALED.

DATED this 18th day of October 2017.

Jeremiah C. Lynch
United States Magistrate Court Judge

1