IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION



FILED
FEB 28 2018
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JASON MAXWELL MEHL,<br><br>Defendant. | CR 17–29–M–DLC<br><br>ORDER |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture (Doc. 31). Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. § 853.

2. A Preliminary Order of Forfeiture was entered on December 22, 2017. (Doc. 28.)

3. All known interested parties were provided an opportunity to respond and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 30.)

4. It appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

Accordingly, IT IS ORDERED that:

1. The Motion for Final Order of Forfeiture (Doc. 31) is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party:

- Black/silver Iphone in black case;
- Black LG cell phone; and
- $510.00 in U.S. Currency.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with the law.

DATED this 28th day of February, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court